United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30945
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WARNER D. WILLIAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:05-CR-30014-1
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD) appointed to represent

Warner D. Williams on appeal has filed a motion to withdraw and a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Williams has filed a response and moves for release pending

appeal.  Our independent review of counsel's brief, Williams's

response, and the record discloses no nonfrivolous issue.

Accordingly, the FPD's motion to withdraw is GRANTED, Williams's

motion for release pending appeal is DENIED, counsel is excused

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from further responsibilities herein, and the APPEAL IS

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.